## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE H. NORMAN** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-948** |
| | : | |
| **DREXLER UNIVERSITY** | : | |

## ORDER

This 14th day of July, 2016, Plaintiff having not returned Form 285 providing the U.S. Marshal with the address for service upon Defendant and not complying with this Court's Order dated June 15, 2016, it is hereby **ORDERED** that pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice.

      /s/ Gerald Austin McHugh
United States District Court Judge